UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR. S-97-054 WBS |
| v. | ORDER |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

Defendant's motion for reconsideration of this court's order of May 2, 2005 is hereby DENIED under both Rule 11(e) and Rule 60(b).

IT IS SO ORDERED.

DATED: May 18, 2005

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1