UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

        Plaintiff,

   v.

TANH HUU LAM,

        Defendant.

NO. CR. S-97-0054 WBS

ORDER

----oo0oo----

Defendant has filed a petition for relief from judgment under Rule 60(b) of the Federal Rules of Criminal Procedure. The United States Attorney shall file a response to the petition on or before October 14, 2005. Defendant shall file his reply, if any, on or before October 21, 2005. The matter will then be taken under submission.

    IT IS SO ORDERED.

DATED: September 19, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE