```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    R. STEVEN LAPHAM
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
```

FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-97-054 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER RE: RETURN |
|  | ) OF MONIES |
| TANH HUU LAM, | ) |
| Defendant. | ) |

In the above-entitled case, approximately $11,103 was seized from the defendant when he was arrested on January 9, 1997. Pursuant to the Plea Agreement in this case, the defendant agreed that this money would not be returned to him, but would instead be used to pay restitution to the victims. The government and the defendant agreed that after Phuc Nguyen was paid $870, and Duong Van Sanh was paid $500, the remaining $9,733 would be paid to the victims as restitution.

The defendant was sentenced on September 15, 1999, and was ordered to pay a total of $115,000 in restitution to eight different victims. The written judgment was issued on September 23, 1999, directing that $115,000 be paid in restitution to these victims.

1

On March 26, 2001, pursuant to a court order, Bureau of Alcohol, Tobacco, and Firearms Special Steven Carman returned $870 in cash to Phuc Nguyen, and $500 in cash to Duong Van Sanh.

Agent Carman is still in possession of the remaining $9,733 in cash which was seized from the defendant. Pursuant to the Plea Agreement, this money must be paid to the victims as restitution. The government requests that this money be paid to and divided equally between victims Ngoc Tran, Tri Tran, and Duc Tran.[1] The government further requests that the court issue an order directing the government to do so.[2]

The government therefore respectfully requests that an order be issued directing Agent Carman to pay, and equally divide between, the remaining $9,733 to victims Ngoc Tran, Tri Tran, and Duc Tran.

DATED: October 8, 2004            Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  By  /s/ KENNETH J. MELIKIAN
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

---

[1] These three individuals resided and were present at 6100 Merry Lane, Carmichael, when that house was burned to the ground on January 7, 1997. The other three residents of that home were Ngoc Tran's children.

[2] At sentencing, the court ordered that restitution be paid to Ngoc Tran in the sum of $25,000, to Tri Tran in the sum of $20,000, and to Duc Tran in the sum of $20,000. Payments were also ordered to other individuals and companies in smaller amounts. The government proposes that this partial restitution of $9,773 be paid to the three Tran family members because they are the victims who actually suffered physical injuries, or the death of a child.

**ORDER**

It is hereby ordered that the government shall promptly pay restitution of approximately $9,733 to victims Ngoc Tran, Tri Tran, and Duc Tran. It is directed that this sum be divided evenly between these three individuals.

DATED: 2/16/2006

HONORABLE WILLIAM B. SHUBB
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on Oct. 8, 2004, she served a copy of the attached **[PROPOSED] ORDER RE: RETURN OF MONIES** by placing said copy in a postage-paid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California.

<u>Addressee(s)</u>:

QUIN DENVIR
Federal Defender
MARY M. FRENCH
Assistant Federal Defender
801 I Street
Sacramento, CA   95814

_____
MICHELE R. RAMIREZ