UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiffs,

   v.

TANH HUU LAM,

        Defendant.

CR. No. S-97-0054 WBS

<u>ORDER</u>

----oo0oo----

        Defendant's motion for reconsideration of this court's order of March 9, 2006 denying his request for a stay sets forth no new facts or law to cause the court to modify its previous order.  The motion for reconsideration is therefore DENIED.

DATED: March 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1