UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

TANH HUU LAM,

        Defendant.
_____/

CR-S-97-0054 WBS

ORDER

----oo0oo----

On May 18, 2009, defendant Tanh Huu Lam, an incarcerated inmate proceeding pro se, filed a "Motion to Invalidate Guilty Plea." The United States shall file any opposition to defendant's motion no later than June 22, 2009. Defendant may then file a reply no later than July 6, 2009. The court will then take the matter under submission pursuant to Eastern District Local Rule 78-230(h).

IT IS SO ORDERED.

DATED: May 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1