```
LAWRENCE G. BROWN
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TANH HUU LAM,<br><br>        Defendant.<br>_____ | CR. NO. S-97-054 WBS<br><br>GOVERNMENT'S REQUEST FOR<br>EXTENSION OF TIME TO FILE<br>OPPOSITION TO MOTION TO<br>WITHDRAW GUILTY PLEA<br><br>DATE: No Hearing Set<br>JUDGE: Hon. William B. Shubb |

    For the reasons set forth below, the United States respectfully requests a one week extension of time in which to file its brief in opposition to the defendant's Motion to Withdraw Guilty.

    1.  On May 18, 2009, the defendant filed his Motion to Invalidate Plea of Guilty.

    2.  By order dated May 20, 2009, this court ordered the government to respond by June 22, 2009.

    3.  The defendant is currently serving the sentence of life without possibility of release imposed by this court.

    4.  I have reviewed the defendant's brief and it appears that the defendant raises no issues that have not already been

raised, or could have been raised, in his prior appeal, and three prior post-appeal collateral attacks.  Additionally, the asserted basis for relief - Federal Rule of Criminal Procedure 11(e) - does not appear to be an appropriate remedy that may be used at this stage of the proceedings.

    5.  On May 20, 2009, the date of this court's order, I commenced a jury trial in <u>United States v. Kalfsbeek</u>, Cr. No. S-05-0128 LKK.  That trial concluded on June 11, 2009, which gave me just six business days to prepare the government's response to the defendant's motion.  I have substantially completed the government's response but I believe that the brief could benefit by some additional research.  Accordingly, I respectfully request an additional week to file the government's brief.

DATED: June 23, 2009

                                    Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

                                 By: <u>s/ R. Steven Lapham</u>
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

<u>O R D E R</u>

    Good cause appearing therefor, it is hereby ordered that the government shall have until June 29, 2009, in which to file its brief in opposition to the defendant's Motion to Invalidate Plea of Guilty.

DATED:  June 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2