1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11   UNITED STATES OF AMERICA,
                                    NO. CR. 97-54 WBS
12             Plaintiff,

13        v.                        ORDER

14   TANH HUU LAM,

15             Defendant.
                                   /
16
                            ----oo0oo----
17

18        On May 18, 2009, defendant Tanh Huu Lam filed a motion

19   to invalidate his guilty plea pursuant to Federal Rule of

20   Criminal Procedure 11(e).  The court subsequently issued a

21   briefing schedule ordering the government to file its opposition

22   no later than June 22, 2009, and defendant to file his reply no

23   later than July 6, 2009.

24        On June 22, 2009, the government filed a request to

25   extend its deadline to file an opposition to June 29, 2009, which

26   the court granted.  After the government timely filed its

27   opposition, the court received a "Request for Status" from

28   defendant dated June 26, 2009, and filed on July 1, 2009, in

1

1  which he stated that he had not received the government's

2  opposition.

3       Although it appears that defendant drafted his request

4  before learning that the government received an extension to file

5  its opposition, the court--in an abundance of caution--will again

6  modify its briefing schedule to ensure that defendant received

7  the government's opposition and is permitted sufficient time to

8  reply.

9       Accordingly, defendant shall file his reply to the

10  government's opposition no later than July 21, 2009.  If

11  defendant has not yet received the government's opposition, he

12  shall promptly notify the court no later than July 17, 2009, at

13  which time the court may order further modifications to its

14  briefing schedule.

15       IT IS SO ORDERED.

16  DATED:  July 8, 2009

18  WILLIAM B. SHUBB

19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2