UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. 97-54 WBS |
| Plaintiff, | No. 09-16980 (CTA9) |
| v. | |
| TANH HUU LAM, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| Defendant. | |

----oo0oo----

On August 20, 2009, this court denied defendant's motion to invalidate his guilty plea in this action.  Defendant filed notice of appeal from that Order on August 31, 2009.  The matter was remanded to this court on February 1, 2010, for the limited purpose of granting or denying a certificate of appealability, pursuant to 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

The court denies a certificate of appealability for the following reasons.  Defendant's conviction was affirmed in United States v. Lam, 251 F.3d 852 (9th Cir. 2001), cert. denied, 534 U.S. 1013 (2001).  Defendant's subsequent habeas corpus petition pursuant

1

28 U.S.C. § 2255 was denied, and that decision was affirmed in United States v. Lam, 84 Fed. App'x 892 (9the Cir. 2003).  After additional motions to vacate his guilty plea pursuant to Rule 11(e) of the Federal Rules of Criminal Procedure and Rule 60(b) of the Federal Rules of Civil Procedure were denied, defendant filed another petition for relief under § 2255 on November 28, 2005.  This court denied defendant's motion as a successive § 2255 proceeding.  Considering defendant's Rule 60(b) motion on its merits, the Court of Appeals affirmed in United States v. Lam, 228 Fed. App'x 739 (9th Cir. 2007).

The present motion is in reality yet another successive § 2255 petition.  Under 28 U.S.C. § 2255(h), "a second or successive habeas petition must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ."  A defendant may not "circumvent the requirements of AEDPA by simply styling the petition" as a motion to invalidate his guilty plea.  United States v. Monreal, 301 F.3d 1127, 1133 (9th Cir. 2002); see United States v. Chilcote, 232 Fed. App'x 708, 709 (9th Cir. 2007).

For the reasons more fully set forth in this court's Order of August 20, 2009, because defendant's most recent petition was not certified by the Court of Appeals pursuant to 28 U.S.C. § 2244, this court was without jurisdiction to afford him the relief requested.  A Certificate of Appealability is therefore DENIED.

DATED:  February 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE