UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TANH HUU LAM,

        Defendant.
                                  /

CR-S-97-0054 WBS

<u>ORDER</u>

----oo0oo----

        On May 10, 2010, the court denied Lam's petition for reconsideration of this court's order of May 6, 2003. Immediately thereafter, on May 21, 2010, Lam filed another Motion for Clarification, and on August 2, 2010, he filed a Renewed Motion for Clarification. Rather than seeking clarification of anything, it appears that defendant is simply arguing with the court. The court's orders are sufficiently clear and require no further explanation. Defendant's Motion for Clarification, filed May 21, 2010, and Renewed Motion for Clarification, filed August 2, 2010, are DENIED.

        Lam also again asks for a Certificate of Appealability. For the reasons set forth in this court's prior Order Denying Certificate

1

of Appealability, filed February 2, 2010, this request is again DENIED.

DATED: August 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2