UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-CR-054 WBS KJN |
| Plaintiff, | |
| v. | **ORDER** |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

There is no legal basis for the undersigned judge to recuse himself from sitting in further proceedings in this case. Defendant's motion for recusal pursuant to 28 U.S.C. § 455 (Docket No. 463) is therefore DENIED.

Dated:  March 4, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1