UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TANH HUU LAM,<br><br>Movant. | No.  2: 97-cr-0054 WBS KJN<br><br><br><br>ORDER |

Pending before the court is movant's motion for relief from judgment.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2015 are adopted in full;

2. Movant's motion for relief from judgment (ECF No. 461) is denied; and

3. The court declines to issue the certificate of appealability.

Dated:  April 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

lam0054.805