**Tanh Huu Lam**
Reg. # 91925-011
U.S. Penitentiary
P.O. Box 1000
Leavenworrth, KS 66048



FILED

NOV 1 2 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ Cik
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff,

v.

TANH HUU LAM

    Defendant

Case № 2:97-CR-0054 WBS

MOTION FOR RECONSIDERATION

    Defendant Tanh Huu Lam respectfully moves the court to reconsider its March 16, 2021 order to deny his motion for appointment of counsel to assist in filing a request for compassionate release. Defendant agrees, there is no Sixth Amendment or statutory right to counsel for a motion for compassionate release under 18 U.S.C. § 3852 (c). However, the Ninth Circuit Court of Appeals stated in some cases, such as <u>Rand v. Rowland</u>, 113 F. 3d 1520, 1525 (9th Cir. 1997) The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the [defendant] to articulate of his claims pro se in light of the complexity of the legal issues involved. See also <u>Terrel v. Brewer</u>, 935 F. 2d 1015, 1017 (9th Cir. 1991). There are

1

several cases, the courts appoint an attorney to assist the indigent prisoners in filing motions for compassionate release, such as U.S. v. Rodriguez, 2020 U.S. Dist. Lexis 181004, Southern District of New York, Sept. 30, 2020; U.S. v. Montgomery, 2020 U.S. Dist. 153343, Eastern District of Washington, April 24, 2020.

Recently, the Ninth Circuit stated in U.S. v. Lezarraras-Chacon, 2021 U.S. App. Lexis 28823, Sept. 23, 2021 ("In Pepper, the Supreme Court explained that an underlying principle in federal judicial tradition is that "the punishment should fit the offender and not merely the crime." Pepper v. United States, 562 U.S. 476, 487-86 (2011)-- In seeking to ensure that the "punishment fit the offender," the Supreme Court explained that judges should use "the fullest information possible concerning the defendant's life and characteristics." Id. at 488.-- In a § 3853(a) factor analysis, such information should include, where applicable, post-sentencing and post-offense rehabilitation."). The Supreme Court's observation that "evidence of postsentencing rehabilitation may plainly be relevant to the history and characteristics of the defendant." Id. at 491.

There are several cases the courts granted the prisoners motions for compassionate release most part are based on postconviction rehabilitation and supporting letters from prison officials, such as U.S. v. Rodriguez, supra (torture and murder government's informant). Defendant believe his BOP record is the same or even better than the cited cases. See attachment.

Duc Tran's statement at defendant's sentencing hearing completely transformed defendant. In defendant's mind, Duc Tran always is an exceptional man. He had nothing to do with the affair between defendant, his ex wife and Tri Tran (his older brother), but he seriously suffered, he had not only injured, but he also lost his only daughter. The truth is Hien Tran was Duc Tran's biologic daughter. Ngoc Tran was Hien Tran's aunt, as the court can see, Ngoc Tran's children are Mai Nguyen, and Tin Nguyen, different last name. Defendant has no right to dig in Trans' affair, but to prove that Duc Tran is an courageous man when he said "Because we (not you) all make mistakes and we all have to pay for the consequences. I'm coming here today to hear you say I'm sorry. When you ask me to forgive you, I'll forgive you, but I will never forget what you did to my family and myself. May you find peace with your conscience."

Duc Tran had not only accused defendant, he also blamed himself because he knew, in our traditional culture, what his brother did to the defendant was very wrong, but he did not stop Tri Tran. Defendant always remorses and will never forgive what he did to Trans.

Therefore, when defendant got in prison on November 1999, he completely changed. He earned GED on Nov. 3, 2000, graduated C.O.D.E. Program Aug. 2, 2001 and LCP Nov. 7, 2006, has fulltime job since May 2000 with outstanding work. Defendant has also help other inmates to practice

3

Zen meditation to subdue their emotional problems, anger depress, sadness ___ or help other inmates to play tennis, handball to improve their health. Defendant prides what he did in the past 22 years: <u>Clear Conduct</u>.

Now defendant again respectfully asks the court to appoint an experienced lawyer for helping him to find and interview his former supervisors, Mr. Dict Oatney, Mr. Rodney Harmon, and Mr. Nick Hall, who are retired, because sometimes they told the defendant "I don't understand how you are in prison. if you need me write something that may help you, let me know." Something like that, but defendant just said "Thank you" because at that time the First Step Act did not exist. Now defendant needs their statements to prove his reputation in prison. Then the appointed lawyer will file a skillful motion for compassionate release, because in the past twenty years, although defendant has filed numerous motions, but he always made wrong legal arguments.

Dated: November 8, 2021.

Respectfully submitted

Tanh Huu Lam.

**LIMITED OFFICIAL USE**

## FEDERAL BUREAU OF PRISONS

### CODE TREATMENT SUMMARY
### Wednesday, July 18, 2001
### LAM, TANH Reg #: 91925-011

BRIEF HISTORY

Inmate Lam is a 51 year old Asian-American serving a life sentence for Arson,
Resulting in Death.  He entered the CODE Program for the benefits of choice
housing and a transfer.  Lam graduated from the CODE Program on July 18,
2001.

PROGRAM OVERVIEW

The CODE Program is a unit-based (C-2 and C-3) residential treatment program
stressing the acquisition and implementation of pro-social values and a
non-criminal lifestyle.  The core curriculum is designed to lead participants
toward (1) respect for self and others, (2) responsibility for personal
actions, (3) honesty in relationships with others, and (4) tolerance toward
others. Participants challenge faulty criminal thinking and behavior
patterns, encourage positive interpersonal interactions and work toward
preventing relapse.  Specific skill-building programs, such as anger
management, stress management, problem solving, goal setting, communication
skills, and wellness are included in the program.  The year-long program is
broken into three phases.  Participants attend classes/groups twice a week
during the first three-month phase and the last three-month phase; they
attend five days a week during the six-month Intensive Phase.  Inmates are
seen individually for regularly scheduled treatment plan reviews as well as
for other individual sessions as deemed necessary by the inmate or CODE
Treatment Staff.

PROGRAM PARTICIPATION

During the group sessions, Mr. Lam did not talk often.  He did not
participate in group discussions unless called upon.  When he participated,
his comments were always positive.  He seemed to enjoy the classes.  He was
always on time and always in class.  He also seemed to progress throughout
the year socially and talks more to others.  With regards to Respect,
Responsibility, Honesty and Tolerance, Lam is respectful towards inmates and
staff.  None of the core values have been questioned in Lam's case.  He gets
along well with others.  His honesty has never been questioned and he has
been responsible during the CODE Program being on time and attending all
classes without absence.

During individual sessions, Mr. Lam answers questions to the best of his
ability in english.  Lam speaks fluent english; however, his strong accent is
difficult to understand.  Sometimes he is reluctant to speak because of his
accent.

His behavior on the unit was observed to be respectful.  He remains quiet but
speaks with other inmates and staff.

He received no incident reports during the 12-month program; he had received no incident reports during the 12 months prior to participating in the program.

TREATMENT PLAN PROGRESS

Problem 1:  Not exercising enough.

Progress:  Lam has achieved and surpassed his goals regarding exercise.  He is able to run ten miles instead of his goal of two miles.

Problem 2:  Doesn't have his GED.

Progress:  Lam has obtained his GED.

CONCLUSIONS AND RECOMMENDATIONS

Lam has enjoyed the CODE Program and is ready for transfer.  He has agreed to participate in the CODE Aftercare program until his transfer which he has been submitted for.  He has been advised to continue in various programs and exercise regiment.

_____

**WALT ALDRIDGE, M.A.**

SAM BROWNBACK
KANSAS

(202) 224-6521 Phone
(202) 228-1265 Fax

COMMITTEES:
APPROPRIATIONS
JOINT ECONOMIC
JUDICIARY
UNITED STATES
HELSINKI COMMISSION

# United States Senate

WASHINGTON, DC 20510-1604

November 7, 2006

Dear Tanh Lam,

Congratulations on your graduation from the eighteen-month Life Connections Program (LCP). Your diligence is a tremendous example of courage and inspiration to others. You have also taken very important first steps toward success through your decision to voluntarily commit to such a program and to change your life for the better.

You also have a unique opportunity and responsibility as a participant of this faith-based program. Your continued commitment to excellence will prove that these types of programs are needed in our prison system to help men and women become productive citizens upon their release. You can also show other inmates how to deepen their faith and become law-abiding men.

Your participation in the mentoring, prayer meetings, letter writing, workbooks, classes and accountability groups is to be commended. Never before in the hundred year history of the Federal Bureau of Prisons have men gone through such an extensive, residential, faith-based program. The choices you make from now on will give evidence of the effectiveness of the LPC. I encourage you to follow through on all you learned.

If you are transitioning from prison, then maintain the positive relationships you've built with your mentors and people of faith. I look forward to hearing good reports from you.

May your faith continue to guide and strengthen you through all you face in the future, and may Divine favor be yours continuously.

With Warm Regards,

Sam Brownback
United States Senator

612 South Kansas Avenue
Topeka, KS 66603
(785) 233-2503 Phone
(785) 233-2616 Fax

1001-C North Broadway
Pittsburg, KS 66762
(620) 231-6040 Phone
(620) 231-6347 Fax

811 North Main Street, Suite A
Garden City, KS 67846
(620) 275-1124 Phone
(620) 275-1837 Fax

245 North Waco, Suite 240
Wichita, KS 67202
(316) 264-8066 Phone
(316) 264-9078 Fax

11111 West 95th, Suite 245
Overland Park, KS 66214
(913) 492-6378 Phone
(913) 492-7253 Fax

www.senate.gov/~brownback



# C.O.D.E. Program

**U.S.P. Leavenworth**

**CERTIFICATE OF COMPLETION**

this certifies that

**Tanh Lam**

has presently completed the
Challenge of Opportunity, Discipline, Ethics
Program. This Certificate is hereby issued
this 2nd day of August 2001.

M. E. Ray
Warden

Dr. D. Denney
Chief, Psychology Services

Dr. M. Patterson
CODE Coordinator

W. E. Aldridge
CODE Treatment Specialist



# LIFE CONNECTIONS PROGRAM
## CERTIFICATE OF GRADUATION

This certifies that

*Tanh Lam*

Has successfully completed the 18 month program:

Honor Graduate

November 7, 2006

Program Chaplain
Dr. Kendall Hughes

Program Facilitator
Gary W. Ganger



UNITED STATES GOVERNMENT

# memorandum

United States Penitentiary
Leavenworth, Kansas 66048

DATE: April 18, 2006

SUBJECT: 91925-011 Lam, Tanh - Life Connections Program Participant

I am writing to inform you that 91925-011 Lam, Tanh, is an active participant in the Federal Re-entry Program called Life Connections. He has volunteered to be an active participant in this 24/7 program that is formatted to help the inmate reconnect to his God, his faith community, his social community, his family, and himself. While he has been here he has cooperated and become involved in the LCP community which is a multi faith unit. While here he has addressed life issues that have given him opportunity to rebuild his beliefs and ethics so that he can incorporate into the greater community of his release destination. He has been accountable to the Chaplain of the Program , the Program Facilitator, his spiritual guide, his own faith group. During this introspection of his life he has exhibited remorse and a desire to bring amends to society.

This program has been helpful for him to review his life and rethink his behaviors and choices. It then has given him tools to start down a new path which requires him to acknowledge a need for change and connect in a healthy way socially to the ethics of a whole society. The curriculum is focused on life skills and also reveals errors in thinking which has brought the participant into a time of incarceration. The program is formatted for the purposes of free choice. Incentives are built into the program to help the participant make wholesome choices. His work is graded and reviewed by his guides and spiritual counselors, and periodic awards are given to those who reach levels of completion in the 18 month program. Approximately 100 men live in the unit which is specialized to offer the greatest incentives to change. The faith and ethnic groups are encouraged to build bridges of understanding and tolerance to find commonality in their faith journey. Letter Writing and Intensive Journaling are a strong backbone to the final goal of this life change.

Strict levels of behavior are implemented to build honor and character in this program. Periodic spiritual assessments are taken by the Program Chaplain and the Program Facilitator. We attempt to find a volunteer mentor to come in weekly to support the choices and rebuilding efforts which the program endorses. Strict requirements are set in place which must be met before the inmate is cleared for graduation. I request that you give serious consideration to Lam's participation in this re-entry program as you consider the changes you require necessary for moving this inmate toward a healthy release into our society.

Lam, Tanh has set himself on a course of self improvement over an above the program. He volunteered to engage in the LCP structure for 18 months. He is an asset to the Community here on C-2, the unit where the participants live and study. He has received certificates of Completion for 10 books of study. He is now in last and final trimester and will graduate in November, 2006. He often articulates his remorse and urges all his peers to seek repentance and moral change in order to rebuild their world. He has been an exemplary student in this stringent course of faith connection.

This program is one of the most aggressive programs implemented in the USP history of reform measures.

Program Facilitator
Rev. Gary Ganger

4-18-06

To Whom It May Concern:

Oct 8, 2021
Greg Boertje-Obed
617 N 8th Ave E
Duluth MN 55805

I am writing a letter of support for Mr. Tanh Huu Lam, who is a prisoner in the US Penitentiary in Leavenworth Kansas. I was a cellmate of Mr. Lam for more than a year while I was appealing my conviction for a protest of nuclear weapons. We eventually won our appeal and I & my two co-defendants were released immediately. One of my co-defendants was Sister Megan Rice, who is a Catholic nun of the order of the Sacred Heart of the Child Jesus. I have spent a number of years in jails & prisons for protesting nuclear weapons, and I can testify that Mr. Lam was one of the best cellmates I had.

Mr. Lam was extraordinary in his compassion for the cats who lived in the recreation yard. He used his own money to buy special food for the cats and the administration allowed him to get certain leftover food from the dining facility for the cats.

Mr. Lam was also exceptionally non-violent and hardworking. He knew how to avoid conflicts and was helpful in giving advice to newcomers like myself in how to adjust to the stressful situation that federal prison can be.

He very steadfast and committed to his work in the prison. I never knew him to miss a day of work.

I hope you will quickly consider Mr. Lam for compassionate release and that you will grant it!

With hope, Greg Boertje-Obed

# INMATE SKILLS DEVELOPMENT PLAN                     Current Program Review: 07-14-2011



| | | | |
|---|---|---|---|
| **Name:** | LAM, TANH HUU | **Institution:** | LEAVENWORTH USP |
| **Register Number:** | 91925-011 | | P.O. BOX 1000 |
| **Security/Custody:** | MEDIUM/IN | | LEAVENWORTH, KS 66048 |
| **Projected Release:** | / LIFE | **Telephone:** | (913) 682-8700 |
| | | **Fax:** | 700-758-1000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 07-20-2011 | **Driver's License/State:** | N/A / CA |
| **Next Custody Review Date:** | 01-14-2012 | **FBI Number:** | 878572JA2 |
| **Age/DOB/Sex:** | 60 / 08-07-1950 / M | **SSN:** | 567856878 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | *[POC]* | **Release Employer:** | *[Name]* |
| | 4901 LITTLE OAK LN | | *[Address]* |
| | SACRAMENTO, CA 95841 | **Contact** | *[POC]* |
| **Telephone:** | *[Phone]* | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Huong Lam, Daughter | **Secondary Emergency** | *[POC]* |
| | 4843 Propper Ct | **Contact:** | *[Address]* |
| | Sacramento, CA 95842 | **Telephone:** | |
| **Telephone:** | (916) 638-5009 | | |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | 18 USC:844(I) & 2-ARSON RESULTING IN DEATH,AIDING & ABETT. / |
| **Sentence/Supervision:** | Life / Life - 3559 PLRA |
| **Special Parole Term:** | No Special Parole Term |

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 09-15-1999 | 141 Months 29 Days / 979 Days / 0 Days | 0 / 0 / 0 | 0 / 0 / 0 | **Parole Information not applicable** |

**Detainers:** N
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | 2:97CR00054-01 WBS | FINANC RESP-PARTICIPATES $25.00 QUARTERLY |
| FINE COMMITTED USDC | $100000.00 | $100000.00 | 2:97CR00054-01 WBS | |
| RESTITUTION FEDERAL VICTIM USDC | $115000.00 | $114000.00 | 2:97CR00054-01 WBS | |

| | | | | | |
|---|---|---|---|---|---|
| **Financial Plan** | | **Comm Dep-6 mos:** | *[$]* | **Cost of Incarceration** | |
| **Active:** | Y | **Commissary** | | **Fee:** | *[Choices]* |
| **Financial Plan Date:** | 04-02-2001 | **Balance:** | *[$]* | | |

**Payments**

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | N |

**Judicial Recommendations:** outside of cal / none / monitor written and verbal communications

**Special Conditions of Supervision:** None

| | | | |
|---|---|---|---|
| **USPO** | Richard A. Ertola, Chief | **USPO** | *[POC]* |

# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW:** 07-14-2011

Name: **LAM, TANH HUU**

RegNo: **91925-011**

| | | |
|---|---|---|
| **Sentencing:** | California Eastern Probation Office<br>Robert T. Matsui United States Courthouse<br>501 I Street Room 2500<br>Sacramento, CA 95814-7300 | **Relocation:** [District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| **Phone/Fax:** | 916-930-4300 / 916-930-4380 | **Phone/Fax:** [Phone] / [Fax] |

| | |
|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** Y<br>• Current conviction for a crime of violence (state and federal) | **DNA Required:** Y - [Date]<br>**Subject to Sex Offender Notifications:** [Y,N,N/A]<br>**Treaty Transfer Case:** [Y,N] |

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LVN | GED EARNED | GED EARNED IN BOP | 11-03-2000 | CURRENT |
| LVN | ESL HAS | ENGLISH PROFICIENT | 11-16-1999 | CURRENT |

### History

```
-------------------------  EDUCATION INFORMATION  -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
LVN  ESL HAS     ENGLISH PROFICIENT      11-16-1999 1038 CURRENT
LVN  GED EARNED GED EARNED IN BOP        11-03-2000 0738 CURRENT

-------------------------  EDUCATION COURSES  -------------------------
SUB-FACL  DESCRIPTION             START DATE  STOP DATE  EVNT AC LV  HRS
LVN CODE  GED 1300-1500 CRUM      11-16-1999 11-02-2000  P   C  P   176

-------------------------  HIGH TEST SCORES  -------------------------
TEST   SUBTEST      SCORE     TEST DATE   TEST FACL   FORM    STATE
GED    AVERAGE      53.0      11-03-2000  LVN         PASS    KS
       LIT/ARTS     45.0      11-03-2000  LVN         AS      KS
       MATH         80.0      11-03-2000  LVN         AS      KS
       SCIENCE      48.0      11-03-2000  LVN         AS      KS
       SOC STUDY    48.0      11-03-2000  LVN         AS      KS

-------------------------            -------------------------  HIGH TEST SCORES

TEST   SUBTEST      SCORE     TEST DATE   TEST FACL   FORM    STATE
GED    WRITING      44.0      11-03-2000  LVN         AS      KS
```

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LVN | CLOTHING | CLOTHING ROOM | 08-11-2010 | CURRENT |

### History

```
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
LVN    CLOTHING   CLOTHING ROOM              03-05-2003 1246 CURRENT
LVN    SEG UNASSG UNASSIGNED DUTY            02-21-2003 0910 03-05-2003 1246
LVN    CLOTHING   CLOTHING ROOM              02-19-2003 1132 02-21-2003 0910
LVN    SEG UNASSG UNASSIGNED DUTY            02-12-2003 1112 02-19-2003 1132
LVN    CLOTHING   CLOTHING ROOM              05-08-2002 0806 02-12-2003 1112
LVN    SEG UNASSG UNASSIGNED DUTY            04-25-2002 1239 05-08-2002 0806
LVN    CLOTHING   CLOTHING ROOM              12-14-2001 0001 04-25-2002 1239
LVN    EDUC       EDUCATION                  01-04-2001 0001 12-14-2001 0001
LVN    CLOTHING   CLOTHING ROOM              05-13-2000 0001 01-04-2001 0001
LVN    CCH3 ORD   C CELLHOUSE ORDERLY - LEVEL 3  03-28-2000 0001 07-25-2000 1643
LVN    ELECTRIC#1 ELECTRIC SHOP              03-23-2000 0001 03-28-2000 0001
LVN    CONST#1    CONSTRUCTION GANG #1       03-21-2000 0001 03-23-2000 0001
LVN    CMS        CHIEF OF MECH. SERVICES    03-17-2000 1004 03-21-2000 0001
LVN    HO UNASSG  UNASSIGNED WORK DETAIL     12-14-1999 1427 03-17-2000 1004
                                      FCL    ASSIGNMENT DESCRIPTION                START
DATE/TIME STOP  DATE/TI
LVN    FS PM DIN  FOOD SVC PM DINING         11-25-1999 0001 12-14-1999 14
LVN    FS AM DIN  FOOD SVC AM DINING         11-24-1999 0001 11-25-1999 00
```

# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW: 07-14-2011**

Name: **LAM, TANH HUU**

RegNo: **91925-011**

```
LVN   BCHL UTIL  UTILITY TEMPORARY ASSIGNMENT   11-12-1999 0001 11-24-1999 00
LVN   A/O UNASSG A & O UNASSIGNED               11-02-1999 1345 11-12-1999 00
LVN   SEG UNASSG UNASSIGNED DUTY                11-01-1999 1815 11-02-1999 13
LVN   A/O UNASSG A & O UNASSIGNED               11-01-1999 1427 11-01-1999 18
OKL   UNASSG     UNASSIGNED HOLDOVER            10-22-1999 1730 11-01-1999 06
```

## DISCIPLINE DATA

| History |
|---------|
| Clear Conduct |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| LVN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-11-2010 | CURRENT |

| History |
|---------|

```
FCL   ASSIGNMENT  DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
LVN   A-DES       DESIGNATED, AT ASSIGNED FACIL   11-01-1999 1427 CURRENT
A02   RELEASE     RELEASED FROM IN-TRANSIT FACL   11-01-1999 1527 11-01-1999 1527
A02   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  11-01-1999 0730 11-01-1999 1527
OKL   HLD REMOVE  HOLDOVER REMOVED                11-01-1999 0630 11-01-1999 0630
OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED    10-22-1999 1730 11-01-1999 0630
2-F   RELEASE     RELEASED FROM IN-TRANSIT FACL   10-22-1999 1830 10-22-1999 1830
2-F   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  09-28-1999 1847 10-22-1999 1830
CSC   ADMIN REL   ADMINISTRATIVE RELEASE          09-28-1999 1547 09-28-1999 1547
CSC   A-ADMIN     ADMINISTRATIVE ADMISSION        09-28-1999 1349 09-28-1999 1547
CSC   UNCOMT RMV  UNCOMMITTED CASE REMOVED        04-27-1999 1525 09-28-1999 1349
CSC   A-ADMIN     ADMINISTRATIVE ADMISSION        04-27-1999 1432 04-27-1999 1525
```

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| LVN | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 07-23-2013 | CURRENT |
| LVN | LCP COMP | LIFE CONNECT PROG COMPLETED | 11-07-2006 | CURRENT |
| LVN | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 05-22-2000 | CURRENT |
| LVN | RPP NEEDS | RELEASE PREP PGM NEEDS | 12-03-1999 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|-----------|-----------|
| LVN | YES F/S | CLEARED FOR FOOD SERVICE | 01-09-2008 | CURRENT |
| LVN | LOWER BUNK | LOWER BUNK REQUIRED | 07-27-2006 | CURRENT |
| LVN | REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 12-07-1999 | CURRENT |

# INMATE SKILLS DEVELOPMENT PLAN — PROGRAM REVIEW 07-14-2011

Name: **LAM, TANH HUU**                                          RegNo: **91925-011**

## ACADEMIC

| Status | Response Summary |
|---|---|
| ✔ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✔ | **LITERACY**<br>⊕ GED obtained<br>ⓘ obtained through BOP |
| ✔ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

| Progress and Goals |
|---|
| **Previous TEAM 01-14-2011**<br><br>He has memorized lists of pro-social words and principles of responsible living and he demonstrates them on oral and written tests.<br><br>He successfully completed a 36-hour Journaling classes in which he learned to use a journal to reflect about past relationships and choices, and learn healthier ways of interaction.<br><br>**Current TEAM**<br><br>Inmate has not participated in educational programming. Team recommends he enroll in any educational class prior to next review. |

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
| ❗ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ sporadic history of employment (frequent, non-promotional job changes) |
| ❗ | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br><br>⊖ no realistic career/job goals upon release |
| ✔ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>   Eval: 06-01-2011 Outstanding<br>   Eval: 05-03-2011 Outstanding<br>   Eval: 04-02-2011 Outstanding<br>   Eval: 03-01-2011 Outstanding<br>   Eval: 02-04-2011 Outstanding<br>   Eval: 01-03-2011 Outstanding |

# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW:** 07-14-2011

Name: **LAM, TANH HUU**

RegNo: **91925-011**

## VOCATIONAL/CAREER



**POST INCARCERATION EMPLOYMENT**

⊖ post-incarceration employment not secured
ⓘ other: Life Sentence

⊖ no release documents obtained to date

### Progress and Goals

**Previous TEAM 01-14-2011**

He is working with an incarceration phase mentor to plan realistic employment opportunities. He has a post incarceration phase mentor who is working with him to find employment at his release site.

He successfully participated in a mock job fair in which he learned to prepare a resume, practice job interview skills, and learn how to indentify realistic job possibilities.

he has a full time job assignment
no custodial arts class
no forklift driving class

Maintain a full time job assignment and receive good work reports thru 01-2020
Enroll in Custodial Arts class
Enroll in Forklift Driving class

**Current TEAM**

Currently working in the clothing room.  Team recommends he maintain this job and begin receiving outstanding work reports between now and next review.

## INTERPERSONAL

| Status | Response Summary |
|---|---|
| ⓘ | **RELATIONSHIPS**<br>⊖ death in immediate family during childhood<br>⊖ other: in a war zone, vietnam war<br><br>⊖ negative peer influences prior to incarceration<br>ⓘ criminal associates |
| ⓘ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>　Friend: General |
| ⊘ | **PARENTAL RESPONSIBILITY**<br>ⓘ no children under the age of 21<br><br>ⓘ no children under the age of 21 financially responsible for<br><br>ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |

Name: **LAM, TANH HUU**
RegNo: **91925-011**

## INTERPERSONAL

| Progress and Goals |
|---|
| **Previous TEAM 01-14-2011**<br><br>He met regularly with a volunteer community mentor who helped him develop a support system for his own personal, spiritual, religious growth.<br><br>He committed himself to form accountability relationships when released from incarceration to hold himself accountable in areas such as relationships, finances, work, leisure time, character traits such as integrity and honesty, and personal growth and development.<br><br>He successfully completed the Accountability Group component of the Life Connections Program where he met weekly with a small accountability group for 75-weeks in which he and others held each other accountable for responsible thinking and faith-based decision making.<br><br>He described his family of origin, his concept of an ideal family, different family behaviors, various family roles played in dysfunctional families, impact of his criminal behavior on his family, and how to nurture healthy relationships with parents, spouse, children, and significant others.<br><br>He successfully completed the Family Life Connections class in which he learned the relationships among family history and family roles, and then explored healthy ways to interact with family members.<br><br>He completed the Building Blocks LCP component and learned to describe parental behavior; to own the impact of criminal behavior on his family, community, and nation; to describe community functions; to plan for honorable citizenship; to explore possible vocations; and to identify role models for responsible living.<br><br>maintain contact with friends and family by writing weekly letters, emails and phone calls<br><br>**Current TEAM**<br><br>Continue to maintain good family and community contact through weekly emails, letters, and telephone calls. |

## WELLNESS

| Status | Response Summary |
|---|---|
| (!) | **HEALTH PROMO/DISEASE PREVENT**<br><br>⊕ within acceptable weight range<br>① height 5 ft. 9 in.<br>① weight (lbs) 153<br>① BMI Score 22.6<br>① date calculated 07-14-2010<br><br>⊕ maintains physical fitness thru regular exercise;<br>① organized sports<br>① other: Push-Ups, Pull-Ups, and Sit-Ups<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| (!) | **DISEASE/ILLNESS MANAGEMENT**<br><br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊖ medical Care Level II (Chronic care - stable) - See Exit Summary<br>⊕ no dental problems |

## WELLNESS

| | |
|---|---|
| | ⊕ no non-routine services/assistance devices needed |
|  | **TRANSITIONAL PLAN**<br><br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>① TB Clearance Complete - See Exit Summary<br>⊕ health Services recommends for RRC placement |
|  | **GOVERNMENT ASSISTANCE**<br><br>① has not previously received Social Security assistance<br>① not eligible for Social Security assistance after release<br><br>① has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>① spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

### Progress and Goals

**Previous TEAM 01-14-2011**

He successfully completed an 18-hour Connections to Success seminar of the Life Connections Program in which he received information regarding assistance to ex-offenders from both and public and private sectors.

Life Connections Program personnel have verified he will have access to his Social Security card and his Birth Certificate upon release.

He successfully completed a 20-hour Transitional Issues class of the Life Connections Program in which he set specific re-entry goals to accomplish during the transitional phase from his incarceration and into the free community.

He successfully completed a Life Connections Program written weight management/nutrition plan, a stress management plan, and the comprehensive benefits of a sustainable exercise plan for quality and longevity of life.

no wellness class enrollment
enroll in a wellness class
enroll in the medicine ball training class

**Current TEAM**

Maintain good physical fitness through regular exercise at least 4 times each week.

## MENTAL HEALTH

| Status | Response Summary |
|---|---|
| ⊙ | **SUBSTANCE ABUSE MANAGEMENT**<br><br>① no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br><br>⊖ no history of substance abuse treatment<br>① not currently participating in substance abuse treatment |
| ⊘ | **MENTAL ILLNESS MANAGEMENT**<br><br>⊕ no history of mental health diagnosis prior to incarceration<br><br>⊕ no mental health diagnosis during incarceration<br><br>⊕ no history of serious suicidal ideation or attempts |

## MENTAL HEALTH



**TRANSITIONAL PLAN**

⊕ no medication required upon release from custody
⊕ does not require on-going treatment after release from custody
⊕ psychology services recommends RRC placement



**APPROPRIATE SEXUAL BEHAVIOR**

⊕ no evidence of sexually inappropriate behavior

| Progress and Goals |
|---|

**Previous TEAM 01-14-2011**

He successfully completed a 90-hour Addiction Recovery component in the Life Connections Program in which he demonstrated knowledge of the addiction process and application of post release recovery skills for healthy living.

He successfully completed a 20-hour Following Your Moral Compass class and a 72-hour Family Life Connections class in the Life Connections Program where he was given a framework of theological and moral teachings regarding sexuality within the context of marriage.

No mental health concerns.

enroll in the men of influence group

**Current TEAM**

Has no history of mental illness.

## COGNITIVE

| Status | Response Summary |
|---|---|
| ✓ | **GENERAL BEHAVIOR**<br><br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊕ no evidence of behavioral problems as an adult |
| ! | **CRIMINAL HISTORY**<br><br>⊖ two or more convictions<br>⊖ violent and/or sex offender (current/prior)<br>   thefts: Single occurrence(s)<br>   assaults: Single occurrence(s)<br>   arson: Single occurrence(s) |
| ! | **DOMESTIC VIOLENCE/ABUSE**<br><br>⊖ history of domestic violence or abuse and/or served with protective orders<br>① history of domestic violence as a perpetrator<br>① history of physical abuse as a perpetrator |
| ! | **CRIMINAL BEHAVIOR**<br><br>⊕ no onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊖ significant history of violence: 2 or more violent convictions |

Name: **LAM, TANH HUU**                                                     RegNo: **91925-011**

## COGNITIVE

| Progress and Goals |
| --- |
| **Previous TEAM 01-14-2011**<br><br>He successfully completed the Conflict Management class of the Life Connections Program in which he learned about sources of conflict, practiced communications skills and other styles of conflict resolution.<br><br>He successfully completed a 26-hour Managing Emotions class of the Life Connections Program in which he learned techniques for managing fear, anger, grief, and shame.<br><br>He successfully completed the Preparing for the Journey component of the Life Connections Program in which he learned about diet, financial planning, physical health, and stress management.<br><br>maintained clear conduct<br>no anger management class<br><br>Maintain clear conduct thru 2020<br>enroll in anger management classes<br><br>**Current TEAM**<br><br>Has maintained clear conduct.  Team recommends he continue with clear conduct for the next 18 months. |

## CHARACTER

| Status | Response Summary |
| --- | --- |
| ⓘ | **PERSONAL CHARACTER**<br><br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ regular volunteer work (not court ordered)<br>⊕ empathic toward victims of crime/participates in Victim Impact Program panel<br>⊕ other: "Alternatives to Violence" "Word of the Day"<br>ⓘ religious assignment: BUDDHIST<br><br>⊕ no evidence easily influenced by other |
| ⓘ | **PERSONAL RESPONSIBILITY**<br><br>ⓘ reports responsibility for current incarceration as:<br>⊖ other: TruThought, "Tackling the Tactics" TruThought, "Just Thinking" TruThought, "Staying on Track"<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ engages in activities which assist victims affected by their type of crime(s) |

## CHARACTER

| Progress and Goals |
| --- |

#### Previous TEAM 01-14-2011

He memorized and presented three 25 minute speeches about living responsibly and with integrity in front of a group of about 100 inmates, volunteers, and staff. He also listened to 300 such speeches from others and memorized the key word and phrase from each speech.

He successfully completed 500 hours of Community Service as an illustration of his understanding and responsibility for a healthy community citizen. He kept a record and gave evidence showing participation in at least an hour a day of community service.

He created a written inventory of the persons he wronged through past actions and created a written plan to make things right with the persons he identified through successful completion of Life Connections Program Obligation to Right the Wrong component.

He successfully completed an 18-hour Alternatives to Violence seminar in which he identified why violence does not solve problems, learned to use an alternative model and tools to empower himself and others to avoid violence and resolve conflicts, and distinguish between appropriate and inappropriate uses of power.

He successfully completed the 50-hour Staying on Track component of the Life Connections Program in which he learned to think of consequences before acting; consider the ripple effect of his actions; check his thinking when old criminal patterns emerge; persevere and maintain responsible thinking.

He successfully completed the leadership component of Life Connections in which he identified 21 components of good leadership and then identified which ones were present in his life and which were still a challenge.

He successfully completed a Following Your Moral Compass class in which he learned to articulate the principles guiding his life; contrasted them with moral principles of his faith tradition; and learned ethical behaviors based in his faith tradition, and to contrast Godly and worldly principles.

He successfully completed the 50-hour Just Thinking TruThought book in which he learned to identify 30 common thinking errors that lead to criminal behavior and prevent criminals from learning from their bad choices.

He successfully completed a 20-hour Obligation to Right the Wrong class in which he identified the ripple effect of hurtful actions of crime as well as the potential ripple effects of healing actions. He also learned to identify and implement actions that repair harm from criminal acts.

He successfully completed a 20-hour Religious Tolerance class where he learned to respect and appreciate people with religious beliefs other than his own.

He successfully completed a 20-hour Spirituality class in which he recognized stages of spiritual development in relationship to others, self, and God, and placed himself on a continuum of growth.

He successfully completed Tackling the Tactics TruThought book, in which he learned to stop irresponsible tactics criminals use to avoid accountability; to stop the thinking errors that led him to having no empathy for his victims; and to accept responsibility for his actions and to view criticism as helpful input.

He completed a Faith Specific LCP class in which he identified the tenets of his faith tradition; connected to a mentor of his faith tradition & shared religious & spiritual issues; participated in formal religious services; & identified the specific moral teachings of his faith and applied them to his daily life.

He satisfactorily completed the Victims Impact program where he heard victim stories; identified with victims; identified victims of crime; increased his understanding of how his own criminal behavior caused harm to others and himself; and accepted responsibility to repair the wrong caused by his own criminal behavior.

He successfully completed a 30-hour Impact of Crime on Victims Class, including a Victim Impact Panel, in which he learned to develop empathy toward victims, and to understand and empathize with financial, emotional, and physical impact of his crimes upon others.

Attend weekly religious services

#### Current TEAM

Participate in positive weekly programs offered by religious services.


## LEISURE

| Status | Response Summary |
|---|---|
| (!) | **USE OF LEISURE TIME**<br>⊖ insufficient variety of activities to warrant overall positive use of leisure Time<br>⊕ participation in a faith group |

| Progress and Goals |
|---|
| **Previous TEAM 01-14-2011**<br><br>He successfully completed 75 hours of Daily calendar and personal Goal Setting in which he created a plan for, and kept a written record of, every waking hour for 18 months. He set specific goals for the usage of his leisure time, employment, education, and relationships, and was accountable for reaching those goals.<br><br>walk or run at least 1 mile 3 times a week<br><br>**Current TEAM**<br><br>participate in receational acitivities at least 4 times each week. |

## DAILY LIVING

| Status | Response Summary |
|---|---|
| (✓) | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| (✓) | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| (✓) | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>① quarters assignment: HOUSE C/RANGE 03/BED 205L |
| (!) | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| (!) | **IDENTIFICATION**<br>⊕ has photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |

Name: **LAM, TANH HUU**                                                      RegNo: **91925-011**

## DAILY LIVING



**HOUSING**

⊕ established housing year prior to incarceration
ⓘ established housing: owned or mortgage
ⓘ established housing: lived with family
ⓘ established housing: non-publicly assisted
⊕ established housing not in a high crime neighborhood

⊕ housing upon release
ⓘ supervision district is not a relocation
ⓘ anticipated housing plan NOT approved by USPO(s)
ⓘ no concerns with anticipated housing plan



**RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

⊖ not recommended for RRC placement
ⓘ Managment Decision: Life Sentence



**FAMILY CARE**

⊕ not responsible for obtaining child care for any dependent children upon release
⊕ not responsible for obtaining elder care for any dependent(s) upon release
⊕ not responsible for obtaining any other special services for dependents upon release

**Progress and Goals**

**Previous TEAM 01-14-2011**

He successfully completed a Personal Goal Setting component of Life Connections Program in which he worked with a mentor and the LCP staff to make realistic housing plan for his release from a halfway house.

He successfully completed a Connections to Success seminar in which he secured information regarding available transportation options, and learned about opportunities for securing cars for some ex-offenders.

For the 18-month period of Life Connections Program he wrote letters to his family on a weekly basis, and participated in letter writing classes monthly.

He successfully completed a Financial Management Life Connections Program seminar in which he learned to allocate resources to cover basic living expenses by submitting a realistic three-month budget for the three months immediately following his release from a halfway house.

He successfully completed a Forming Healthy Eating Habits component of Life Connections Program in which he learned to make healthy choices based on the U. S. Food Guide Pyramid.

maintain high cell sanitation
save at least $25 a month for possible release

**Current TEAM**

Maintain good personal hygiene and good cell sanitation.

Case 0:07-cr-00054-WBH    Document 490    Filed 01/02/18    Page 24 of 24

Name: **LAM, TANH HUU**                                                    RegNo: 91925-011

## INMATE SKILLS STATUS

| Status | Initial Assessment 07-23-2010 | Previous Assessment 01-14-2011 | Current Assessment 07-14-2011 |
|---|---|---|---|
| (!) Attention Required | 38.3% | 50.6% | 51.1% |
| (P) Mitigating Issues | 0% | 0% | 0% |
| (?) Unanswered | 32.8% | 16.1% | 0% |
| (✓) Satisfactory | 25.6% | 28.3% | 43.9% |
| (⊘) Not Applicable | 3.3% | 5% | 5% |

| Skill Area | Attention Required (!) | Mitigating Issues (P) | Unanswered (?) | Satisfactory (✓) | Not Applicable (⊘) |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 95% | 0% |
| Vocational/Career | 75% | 0% | 0% | 25% | 0% |
| Interpersonal | 65% | 0% | 0% | 25% | 10% |
| Wellness | 25% | 0% | 0% | 55% | 20% |
| Mental Health | 10% | 0% | 0% | 75% | 15% |
| Cognitive | 80% | 0% | 0% | 20% | 0% |
| Character | 50% | 0% | 0% | 50% | 0% |
| Leisure | 100% | 0% | 0% | 0% | 0% |
| Daily Living | 50% | 0% | 0% | 50% | 0% |