UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TANH HUU LAM,<br><br>    Defendant. | No. 2:97-cr-54 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Tanh Huu Lam has filed a motion for reconsideration of the court's denial of his motion for appointment of counsel (Docket Nos. 488, 489, 490) to assist in filing a request for compassionate release.

As previously discussed, there is no right to counsel in connection with a compassionate release motion under 18 U.S.C. § 3582(c).  Moreover, there is no reason why defendant cannot articulate the grounds for his requested relief, considering the pleadings he has filed in this case so far and the numerous other defendants who have filed pro se motions for compassionate

1

1 | release.  The motion (Docket No. 490) is therefore DENIED.

2 |      IT IS SO ORDERED.

3 | Dated:  November 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE