UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-cr-54 WBS |
| Plaintiff, | |
| v. | ORDER |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

Defendant Tanh Huu Lam's Motion for Relief Under Rule 60(b) (Docket No. 493) is hereby REFERRED to a Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

Defendant has also filed a "Motion to Disqualify Judge." (Docket No. 492.) The United States shall file any opposition to defendant's motion to disqualify no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then

1

take that motion under submission and will inform the parties if further proceedings are necessary.

        IT IS SO ORDERED.

Dated: January 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE