UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TANH HUU LAM,<br><br>　　　　Defendant. | No. 2:97-cr-54 WBS<br><br><br>ORDER |

----oo0oo----

On January 14, 2022, defendant Tanh Huu Lam filed a "Motion to Disqualify Judge". (Docket No. 492.) The court has denied at least two prior motions to disqualify brought by this defendant. (See Docket Nos. 383, 464.) Notably, after defendant appealed the most recent motion to disqualify, the Ninth Circuit affirmed, stating that while defendant cited prior statements and rulings by the district court in his case, defendant's motion "was unsupported by evidence that would cause 'a reasonable person with knowledge of all the facts' to question the judge's impartiality." (Docket No. 476 (citing United States v.

1

McTiernan, 695 F.3d 882, 891 (9th Cir. 2012); United States v. Rangel, 697 F.3d 795, 804 (9th Cir. 2012).)

In the instant motion to disqualify, defendant once again argues that the undersigned's actions in this case require disqualification.  This argument has no merit, as previously found by the court, and as affirmed by the Ninth Circuit.  Accordingly, the motion to disqualify (Docket No. 492) is DENIED.[1]

IT IS SO ORDERED.

Dated: March 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that defendant asserts any purportedly new grounds for disqualification, such as the fact that the undersigned judge may have recused himself in another unrelated case, such grounds also do not warrant disqualification.