UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-cr-54 WBS |
| Plaintiff, | |
| v. | ORDER |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

On January 14, 2022, defendant Tanh Huu Lam filed a "Motion to Disqualify Judge", which the court denied. (Docket Nos. 492, 501.) Defendant also filed a "Motion for Relief under Rule 60(b)(6)" on January 14, 2022. (Docket No. 493.) Magistrate Judge Kendall J. Newman then issued an Order and Findings and Recommendations recommending that the Rule 60(b)(6) motion be denied. (Docket No. 502.) Those Findings and Recommendations are currently pending before the court. However, after filing objections to the Magistrate Judge's Findings and Recommendations, defendant filed a notice of interlocutory appeal

1

from the denial of his motion to disqualify.  (Docket Nos. 503, 504.)

The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal.  United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993).  Because defendant has appealed the denial of his motion to disqualify the judge to whom this case is assigned, all proceedings in this case, including any ruling by the undersigned judge on the Magistrate Judge's Findings and Recommendations, are hereby STAYED pending resolution of defendant's appeal.  The United States Attorney shall notify the court promptly upon resolution of the appeal.

IT IS SO ORDERED.

Dated:  May 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2