UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TANH HUU LAM,<br><br>Movant. | No. 2: 97-cr-0054 WBS KJN<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2022, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2022, are adopted in full;

2. Movant's motion for relief from judgment (ECF No. 493) is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

1


2253.

Dated: September 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE