UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:97-cr-54 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

Defendant Tanh Huu Lam's Motion to Dismiss an Indictment (Docket No. 517) is hereby REFERRED to a Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated:  March 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1