1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   UNITED STATES OF AMERICA,          No. 2:97-cr-54 WBS

13              Plaintiff,

14        v.                            ORDER

15   TANH HUU LAM,

16              Defendant.

17

18                         ----oo0oo----

19        Defendant Tanh Huu Lam has filed a Motion for

20   Reconsideration (Docket No. 524), which once again requests that

21   the court reassign this case to a different judge.  As the court

22   explained in its order dated March 3, 2025 (Docket No. 518):

23        The court continues to find that there is no
     basis for recusal, nor any other reason for
24   reassignment of the case to another judge.

25        Specifically, defendant's motion, even assuming
     it was timely, does not demonstrate that the
26   undersigned "has a personal bias or prejudice against
     [the defendant] or in favor of any adverse party," as
27   required by 28 U.S.C. § 144, or that (1) the
     undersigned's "impartiality might reasonably be

28

                              1

1    questioned" or (2) the undersigned "has a personal
     bias or prejudice concerning a party, or personal
2    knowledge of disputed evidentiary facts concerning the
     proceeding," as required by 28 U.S.C. § 455.  Among
3    other things, a judge's prior adverse ruling is not a
     sufficient cause for recusal.  United States v.
4    Studley, 783 F.2d 934, 939 (9th Cir. 1986).  Further,
     the fact that the undersigned may have recused himself
5    in another unrelated case does not show that recusal
     or reassignment is required in this case.

6

7         Nothing in defendant's Motion to Reconsider persuades

8    the court that this prior ruling was incorrect.  Accordingly, the

9    motion (Docket No. 524) is DENIED.

10        IT IS SO ORDERED.

11   Dated:  April 11, 2025

12                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2