UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:97-cr-54 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TANH HUU LAM, | |
| Defendant. | |

----oo0oo----

The court previously adopted the Magistrate Judge's findings and recommendations and denied defendant's motion for reconsideration. (Docket Nos. 523, 525.) More than a month and a half after those findings and recommendations were filed, and three weeks after the court's adoption of the findings and recommendations, defendant filed objections, claiming that he did not receive the findings and recommendations until April 11, 2025. (Docket Nos. 526, 527, 528.) One week later, defendant filed a notice of appeal from the court's order adopting the

1

findings and recommendations.  (Docket No. 529.)

        "The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."  <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58 (1982).  Because defendant has appealed this court's adoption of the Magistrate Judge's findings and recommendations, the court has no jurisdiction over the objections to those findings and recommendations filed at Docket No. 527.  Accordingly, the court expresses no opinion as to those objections at this time.

        IT IS SO ORDERED.

Dated:  May 12, 2025

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2