UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TANH HUU LAM,<br><br>        Defendant. | No. 2:97-cr-54 WBS CSK<br><br><br>ORDER |

----oo0oo----

    Defendant Tanh Huu Lam has filed an "Emergency Motion for Injunction Pending Administrative Remedy of Inmate Financial Responsibility Program".  (Docket No. 536.)  The United States shall file any opposition to defendant's motion no later than seven (7) days from the date of this order.  Defendant may file a reply no later than seven (7) days from the date of the filing of the United States' opposition.  The court will then take the motion under submission and will inform the parties if further

1

1  proceedings are necessary.

2          IT IS SO ORDERED.

3  Dated:  September 2, 2025

4                                WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE