UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TAN HUU LAM,<br><br>             Defendants. | No. 2:97-cr-00054 WBS CSK<br><br>ORDER RE DEFENDANT'S <u>EMERGENCY MOTION FOR INJUNCTION</u> |

----oo0oo----

Defendant Tan Huu Lam, a federal prisoner proceeding pro se, filed an "Emergency Motion for Injunction Pending Administrative Remedy of Inmate Financial Responsibility Program" on August 27, 2025.  (Docket No. 536.)  Defendant complains that the Bureau of Prisons is garnishing his prison wages for restitution, preventing him from purchasing items from the prison commissary.

"A [party] seeking a permanent injunction must show: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to

1

1 | compensate for that injury; (3) that, considering the balance of
2 | hardships between the plaintiff and defendant, a remedy in equity
3 | is warranted; and (4) that the public interest would not be
4 | disserved by a permanent injunction." <u>Nat'l Wildlife Fed'n v.</u>
5 | <u>Nat'l Marine Fisheries Serv.</u>, 886 F.3d 803, 817 (9th Cir. 2018).
6 |       Defendant has not shown that any of these prerequisites
7 | have been met.  Accordingly, defendant's "Emergency Motion for
8 | Injunction Pending Administrative Remedy of Inmate Financial
9 | Responsibility Program" (Docket No. 536) is DENIED without
10 | prejudice to defendant's right to file a petition under 28 U.S.C.
11 | § 2241 in the District of Kansas.
12 |       IT IS SO ORDERED.
13 | Dated:  September 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2